FILED: May 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1509
(3:21-cv-00573-JAG)

_____

KATHY STEELE, Administrator of the Estate of Robert David Steele, et al.;
EARTH INTELLIGENCE NETWORK

       Plaintiffs - Appellees

v.

JASON GOODMAN

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Originating Case Number | 3:21-cv-00573-JAG |
| Date notice of appeal filed in originating court: | 05/05/2023 |
| Appellant | Jason Goodman |
| Appellate Case Number | 23-1509 |
| Case Manager | Emily Borneisen 804-916-2704 |