# 23-1509

# United States Court of Appeals for the Fourth Circuit

JASON GOODMAN,

*Defendant-Appellant,*

– v. –

KATHY STEELE, Administrator of the Estate of Robert David Steele, and EARTH INTELLIGENCE NETWORK,

*Plaintiffs-Appellees.*

INTERLOCUTORY APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

**MOTION TO EXPEDITE REVIEW AND DECISION**

STEVEN S. BISS
LAW OFFICE OF STEVEN S. BISS
300 West Main Street, Suite 102
Charlottesville, VA 22903
(804) 501-8272
(202) 318-4098
stevenbiss@earthlink.net
*Counsel for Plaintiffs-Appellees*

## MOTION TO EXPEDITE REVIEW AND DECISION

Plaintiffs-Appellees, Kathy Steele, Administrator of the Estate of Robert David Steele, Deceased, and Earth Intelligence Network ("Plaintiffs"), by counsel, respectfully move the Court to expedite its review and decision of Plaintiffs' Motion to Dismiss Appeal ("Motion") for the following reasons:

### Grounds for Expedited Review

1. There is good cause to expedite review and decision of Plaintiffs' Motion.

2. This matter is set for trial on May 30, 2023. The final pretrial conference is set for May 18, 2023.

3. By Order entered May 5, 2023 [*ECF No. 92*], the District Court **denied** Goodman's motion seeking leave to file interlocutory appeal and to stay proceedings pending judgment. In its Order, the District Court ruled as follows:

> "in light of the pending appeal at the Fourth Circuit, the Court has lost jurisdiction to proceed with the trial currently scheduled for May 30, 2023, and the Fourth Circuit now has jurisdiction over this case … The plaintiffs, of course, can file a motion to dismiss Goodman's appeal at the Fourth Circuit. This Court will preserve the current trial date, so that if the plaintiffs choose to move to dismiss the appeal, and the Fourth Circuit grants their motion, the case can proceed in a timely manner."

### Legal Argument

4. Title 18 U.S.C. § 1292(b), in pertinent part, provides as follows:

1

"application for an appeal hereunder shall not stay proceedings in the district court unless the district judge or the Court of Appeals or a judge thereof shall so order."

5. Here, neither the District Court nor this Court has stayed proceedings in the District Court.

6. Goodman's appeal is patently frivolous. It is in the interests of justice that the scheduled trial date proceed in a timely manner.

## CONCLUSION AND REQUEST FOR RELIEF

For the reasons stated above, the Court of Appeals should expedite its review and decision of Plaintiffs-Appellees' motion to dismiss this appeal and for fees and costs.

DATED:     May 10, 2023

        KATHY STEELE, Administrator of the Estate of
           Robert David Steele
        EARTH INTELLIGENCE NETWORK


        By:  */s/ Steven S. Biss*
            Steven S. Biss (VSB # 32972)
            300 West Main Street, Suite 102
            Charlottesville, Virginia 22903
            Telephone: (804) 501-8272
            Facsimile: (202) 318-4098
            Email: stevenbiss@earthlink.net

        *Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF FILING AND COMPLIANCE

I hereby certify that on May 10, 2023, I caused Plaintiffs-Appellees' Motion to Expedite Review and Decision to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to defendant-appellant Goodman.

I further certify that on May 10, 2023, I caused the required copies of this Motion to be served on defendant-appellant Goodman.

I further certify that this Motion complies with the requirements of FRAP 27(d).

By:  /s/ *Steven S. Biss*
      Steven S. Biss (VSB # 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903
      Telephone: (804) 501-8272
      Facsimile: (202) 318-4098
      Email: stevenbiss@earthlink.net

*Counsel for Plaintiffs-Appellees*