# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## INFORMAL BRIEF

**RE:**

1. **Declaration of Inmate Filing**
   An inmate's notice of appeal is timely if it was deposited in the institution's internal mail system, with postage prepaid, on or before the last day for filing. Timely filing may be shown by:
   - a postmark or date stamp showing that the notice of appeal was timely deposited in the institution's internal mail system, with postage prepaid, or
   - a declaration of the inmate, under penalty of perjury, of the date on which the notice of appeal was deposited in the institution's internal mail system with postage prepaid. To include a declaration of inmate filing as part of your informal brief, complete and sign the declaration below:

---

**Declaration of Inmate Filing**

I am an inmate confined in an institution. I deposited my notice of appeal in the institution's internal mail system on _____ [insert date]. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Signature: _____     Date: _____

---

2. **Jurisdiction**
   Name of the court or agency from which you are appealing:


   Dates of the order or orders for which review is sought:


3. **Issues for Review**
   Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

**Issue 1.**

**Supporting Facts and Argument.**

1 - Fuller v. Edwards, 180 Va. 191, 22 S.E.2d 26, 29 (Va. 1942) found there generally exists no cause of action for defamation of a decedent's reputation.

2 - The Fourth Circuit has determined, “In Maryland, a claim for slander cannot be maintained against the estate of a decedent if the claim arose before the decedent's death. See Md. Code Ann., Estates and Trusts, § 8-103(b) (Michie 1991 & Supp. 1999)

**Issue 2.**

The Court has allowed a disqualified family member of deceased board director to take control of a public non-profit charity in violation of IRS code and theVirginia Non-stock corporations act.

**Supporting Facts and Argument.**

Non-profit 501(c)(3) corporations are controlled by the VA Nonstock Corporations Act and IRS Code. The Court violated the law & corporate bylaws when it appointed Steele as receiver or surrogate to the board of directors. Steele & her attorney seek to misuse the non-profit for personal benefit in violation of IRS Code and VA law. They have no authority to do so & the District Court has no authority to allow them to. The non-profit lacks standing even before this decision because it is improperly organized & in violation of VA Nonstock Corporations Act pursuant to its own by laws.

**Issue 3.**

Plaintiff violated Judge Lauck's order when they brought this case back in Alexandria, the case should have been dismissed for this reason alone.

**Supporting Facts and Argument.**

See Case 3:17-cv-00601-MHL Document 215 page 97 line 3

See Case 1:20-cv-01140-RDA-IDD Document 12

**Issue 4.**

**Supporting Facts and Argument**

4.  **Relief Requested**

    Identify the precise action you want the Court of Appeals to take:

5.  **Prior appeals (for appellants only)**

    A.  Have you filed other cases in this court?
        Yes         No

    B.  If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

_____
Signature
[Notarization Not Required]

_____
[Please Print Your Name Here]

**CERTIFICATE OF SERVICE**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

I certify that on _____ I served a complete copy of this Informal Brief on all parties, addressed as shown below:

_____
Signature