# 23-1509

# United States Court of Appeals for the Fourth Circuit

JASON GOODMAN,

*Defendant-Appellant,*

– v. –

KATHY STEELE, Administrator of the Estate of Robert David Steele, and EARTH INTELLIGENCE NETWORK,

*Plaintiffs-Appellees.*

INTERLOCUTORY APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

**INFORMAL RESPONSE BRIEF**

STEVEN S. BISS
LAW OFFICE OF STEVEN S. BISS
300 West Main Street, Suite 102
Charlottesville, VA 22903
(804) 501-8272
(202) 318-4098
stevenbiss@earthlink.net
*Counsel for Plaintiffs-Appellees*

# INFORMAL RESPONSE BRIEF

Plaintiffs-Appellees, Kathy Steele, Administrator of the Estate of Robert David Steele, Deceased, and Earth Intelligence Network ("Appellees"), by counsel, pursuant to Local Rule 34(b), submit the following Informal Response Brief:

## The Court Has No Jurisdiction

1. On May 10, 2023, Appellees filed a motion to dismiss this appeal and for an award of attorney's fees pursuant to FRAP 38. [*Doc 5*].

2. Defendant-Appellant, Jason Goodman ("Goodman"), filed a response to Appellees' motion to dismiss. [*Doc 11*]. Goodman's response fails to address the jurisdictional defects.

3. The Court should dismiss this frivolous appeal without more.

## Response to Goodman's Informal Brief – Issue 1

4. Robert David Steele's "cause of action" for defamation plainly arose before his death in August 2021. Therefore, it survives his death under Virginia law. *See* 8.01-25 of the Virginia Code (1950), as amended. The District Court found that substitution of Kathy Steele, Administrator of the Estate of Robert David Steele, for Robert David Steele, Deceased, was "timely and proper under Federal Rule of Civil Procedure 25(a)". The Court correctly ruled that Kathy Steele has standing to pursue the claims. *Estate of Steele v. Goodman*, 2022 WL 4274120, at * 1 fn. 1 (E.D. Va. 2022) (Gibney, J.); *see Kittrell v. Fowler*, 301 Va.

1

25, 29-30, 870 S.E.2d 210 (2022) ("Upon her death in 2014, any viable claim relating to the sale of her minority interest in Hurley, LLC passed to her estate and may only be pursued by the estate's personal representative").

### Response to Goodman's Informal Brief – Issue 2

5.  Goodman failed to present any evidence to support his amended motion for summary judgment. The District Court correctly denied Goodman's motion. [*ECF No. 85*].

### Response to Goodman's Informal Brief – Issue 3

6.  Issue 3 was never raised by Goodman in his amended motion for summary judgment. For this reason alone, it should not be considered. Further, Goodman presented this issue in a motion to reassign case and to hold plaintiff in contempt. The District Court denied Goodman's motion. [*ECF No. 58*]. Goodman did not appeal that Order. Goodman also raised the issue by letter motion filed in a closed case (Case 3:17-cv-601). Judge Lauck denied Goodman's letter motion. [Case 3:17-cv-00601-MHL Document 220]. Goodman did not appeal.

DATED:   June 19, 2023

KATHY STEELE, Administrator of the Estate of
   Robert David Steele
EARTH INTELLIGENCE NETWORK


By: */s/ Steven S. Biss*
    Steven S. Biss (VSB # 32972)
    300 West Main Street, Suite 102
    Charlottesville, Virginia 22903
    Telephone: (804) 501-8272
    Facsimile: (202) 318-4098
    Email: stevenbiss@earthlink.net

    *Counsel for Plaintiffs-Appellees*

## **CERTIFICATE OF FILING AND COMPLIANCE**

I hereby certify that on June 19, 2023, I caused Plaintiffs-Appellees' Informal Response Brief to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to defendant-appellant Goodman.

I further certify that on June 19, 2023, I caused the required copies of this Motion to be served on defendant-appellant Goodman.

By: /s/ *Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net

*Counsel for Plaintiffs-Appellees*

4